160 So. 916

## Lena MOORE v. C. B. GILMORE.

### 1 Div. 844.

Supreme Court of Alabama.
April 2, 1935.

PER CURIAM.

Appeal dismissed for want of prosecution.

---

161 So. 926

## MUTUAL BENEFIT HEALTH & ACCI-DENT ASSOCIATION v. J. E. JORDAN.

### 7 Div. 263.

Supreme Court of Alabama.
May 22, 1935.

London, Yancey, Smith & Windham, of Birmingham, and Brewer Dixon, of Talladega, for appellant.

Harrison & Stringer, of Talladega, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

---

160 So. 917

## NEWELL CONTRACTING CO. v. A. T. NEWELL, Jr.

### 6 Div. 677.

Supreme Court of Alabama.
March 21, 1935.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Hiram Dodd, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

---

162 So. 921

## PACIFIC MUTUAL LIFE INS. CO. OF CALIFORNIA v. John S. MARKS.

### 6 Div. 742.

Supreme Court of Alabama.
June 29, 1935.

See, also, ante, p. 417, 161 So. 543.

London, Yancey, Smith & Windham, of Birmingham, for appellant.

Bradley, Baldwin, All & White, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

---

159 So. 887

## Lloyd PARKER v. J. C. TANNER et al.

### 8 Div. 606.

Supreme Court of Alabama.
Jan. 22, 1935.

PER CURIAM.

Appeal dismissed by appellant.